

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-15,158-40

### IN RE LAWRENCE EDWARD THOMPSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1703989 IN THE 228TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends, among other things, that he filed a motion to recuse Respondent, the Judge of the 228th District Court, and that Respondent has not responded to his motion.

Rule of Civil Procedure 18a applies to habeas proceedings before trial judges. *Ex parte Sinegar,* 324 S.W.3d 578 (Tex. Crim. App. 2010). Regardless of whether a motion complies with Rule 18a, within three business days after a motion to recuse is filed, a trial judge must either sign and file an order of recusal or sign and file an order referring the motion to the regional presiding judge. TEX. R. CIV. P. 18a(f)(1). Respondent shall file a response stating whether Relator has filed

a motion to recuse in the trial court and, if so, whether Respondent has complied with Rule 18a(f)(1).

This motion for leave to file will be held. Respondent shall comply with this order within thirty days

from the date of this order.

Filed: November 17, 2021
Do not publish